﻿Citation Nr: AXXXXXXXX
Decision Date: 11/29/19 Archive Date: 11/29/19

DOCKET NO. 190528-7004
DATE: November 29, 2019

REMANDED

Entitlement to service connection for a right shoulder disorder, to include as secondary to the cervical spine traumatic degenerative arthritis, is remanded.

REASONS FOR REMAND

The Veteran served in the Army Reserves from March 1990 to August 1997 with a period of active duty from June 1990 to October 1990. The Veteran also served in the Air Force Reserves from August 1997 to January 2006. 

This issue originally arose from September 2013 and January 2014 rating decisions. In April 2018, the Veteran testified before a Veterans Law Judge of the Board on this issue, and a transcript of the hearing has been associated with the evidence of record. In August 2018, the Board remanded the issue on appeal for further development. Upon remand, in August 2018, the Veteran elected the modernized review system. 38 C.F.R. § 19.2(d). In April 2019, the Agency of Original Jurisdiction (AOJ) issued a rating decision under the modernized review system. In September 2019, the Veteran submitted his VA 10182 Form, opting for Direct Review of his right shoulder claim only. All other issues that were previously before the Board in April 2018 have been granted in full or the Veteran chose to not appeal them on his April 2019 VA 10182 Form.

The Board has recharacterized the issue on appeal to address all potential theories of entitlement for the Veteran that have been raised by the record.

Evidence was added to the claims file during a period of time when new evidence was not allowed. Therefore, the Board may not consider this evidence. 38 C.F.R. § 20.300. The Veteran may file a Supplemental Claim and submit or identify this evidence. 38 C.F.R. § 3.2501. If the evidence is new and relevant, VA will issue another decision on the claim, considering the new evidence in addition to the evidence previously considered. Id. Specific instructions for filing a Supplemental Claim are included with this decision.

Entitlement to service connection for a right shoulder disorder is remanded.

This issue is remanded to correct a duty to assist error that occurred prior to the April 2019 rating decision on appeal. The AOJ obtained a January 2019 VA examination, in which the VA examiner found that the Veteran did not have a current right shoulder diagnosis. However, the Veteran’s service connection claim has been on appeal since he filed his claim in October 2011. The VA examiner did not consider the Veteran’s complaints of chronic right shoulder pain and functional impairment during the appeal period. See, e.g., September 2013 VA treatment record; April 2018 Board hearing transcript, page 13. In a March 2019 VA addendum opinion, the January 2019 VA examiner opined that the Veteran’s claimed right shoulder is less likely as not incurred in or caused by the claimed in-service injury, event or illness. The rationale was that there was no finding of a right shoulder condition during service. This medical opinion is inadequate because it does not address the right shoulder functional impairment during the appeal period and the Veteran’s contention that his right shoulder disorder was due to a September 1990 motor vehicle accident. Upon remand, another VA examination and medical opinion must be obtained. 

The matter is REMANDED for the following action:

Schedule the Veteran for an examination(s) by an appropriate clinician to determine the nature and etiology of any right shoulder musca-skeletal or neurological disabilities. 

If the Veteran has a current right shoulder diagnosis, then the examiner must opine whether it is at least as likely as not related to an in-service injury, event, or disease, including the September 1990 motor vehicle accident. 

If the Veteran has a current right shoulder diagnosis, then the examiner must opine whether it is at least as likely as not (1) proximately due to the service-connected cervical spine traumatic degenerative arthritis, or (2) aggravated by the service-connected cervical spine traumatic degenerative arthritis. State whether there was an increase in disability that was medically ascertainable, regardless of permanence. Any increase in the gastritis and gastroparesis should be described in terms of diagnosis, severity, and duration. Secondary service connection is warranted for any incremental increase in disability. 

(Continued on the next page)

 

In the event that the criteria for a right shoulder diagnosis are not met, the examiner should specifically state whether there is any functional impairment associated with the Veteran’s complaints of right shoulder pain. Please complete the “Functional Impact” section of the report of examination. If there is functional impairment, please offer the above opinions regarding whether such impairment is associated with the Veteran’s service and/or the service-connected disability.

 

SHAUNA M. WATKINS

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Robert Elliott, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.